```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 07322
   KEVIN M JAMES
   KERRY JAMES                                   CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-5657     SSN XXX-XX-1584

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/27/08 .

     2.  The case was dismissed without confirmation, 05/16/2008.

------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------

          Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00          .00          .00            .00
PRINCIPAL PAID            .00          .00          .00          .00            .00
INTEREST PAID             .00          .00          .00          .00            .00
TOTAL PAID                .00          .00          .00          .00            .00
The Debtor's attorney, ARTHUR P SANDERMAN            , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Dated: 08/20/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
   CASE NO. 08 B 07322 KEVIN M JAMES & KERRY JAMES
```